UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTHCARE SYSTEM LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 1:21-cv-11020-DJC |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF STEWARD HEALTHCARE SYSTEM LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Steward Healthcare System LLC discloses that it is a Limited Liability Company organized under the laws of the State of Delaware.  Steward Healthcare System has no parent corporation and there is no publicly held corporation that owns more than 10% of the company.

Respectfully submitted,

STEWARD HEALTHCARE SYSTEM LLC,

By its attorneys,

 /s/ Megan C. Deluhery
Howard M. Cooper (BBO No. 543842)
Megan C. Deluhery (BBO No. 655564)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
mdeluhery@toddweld.com

Dated: August 3, 2021

## **CERTIFICATE OF SERVICE**

    I, Megan C. Deluhery, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

|  |  |
|---|---|
|  | /s/ Megan C. Deluhery |
| Dated: August 3, 2021 | Megan C. Deluhery |

4810-6761-4708, v. 1